**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Samuel Zean, Eunice Zean,

                         Plaintiffs,

vs.

Wells Fargo Bank, N.A., Experian
Information Solutions, Inc., Equifax
Information Services, LLC, Trans Union,
LLC,

                         Defendants.

Case No. 17-cv-03817 (JNE/HB)

**[Proposed] Order Granting Wells Fargo's Motion to Dismiss Counts 1, 2, 3, 5, 6 and 13 of Second Amended Complaint**

This matter came before the Court on Wells Fargo Bank, N.A.'s motion under Federal Rule of Civil Procedure 12(b)(6) for an order dismissing counts 1, 2, 3, 5, 6, and 13 of the Second Amended Complaint.

Based on files, records, and proceedings in this case,

IT IS HEREBY ORDERED that the motion is GRANTED. Counts 1, 2, 3, 5, 6, and 13 of the Second Amended Complaint are hereby dismissed with prejudice and Plaintiffs shall take nothing by those claims in this action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: _____, 2018

                                         _____
                                         Joan N. Ericksen
                                         United States District Judge

US.117838796.01