UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Samuel Zean, Eunice Zean
*Plaintiffs*

vs.

Wells Fargo Bank, N.A.; Experian Information Solutions, Inc.; Equifax Information Services, LLC; Trans Union, LLC
*Defendants*

Case No. 17-cv-03817 (JNE/HB)

**Unopposed Motion to Withdraw as Counsel Without Substitution and Unopposed Motion to Stay the Proceedings**

Pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, counsel for Plaintiffs requests the court allow the withdraw of Madgett Law, LLC as counsel of record for Plaintiffs in this matter. The reasons for this request are:

1. Plaintiffs have contacted the court making various requests without advance notice to counsel;
2. there has been a breakdown of the attorney-client relationship;
3. continued representation would violate Rule 116 of the Minnesota Rules of Professional Conduct.

Counsel respectfully requests a stay of the proceedings so as to allow Plaintiffs the opportunity to find new counsel.  On May 14, 2018, counsel for Plaintiffs contacted opposing counsel who indicated Defendant would not oppose such a motion.

A copy of this motion will be served upon Plaintiffs via email and via U.S Mail sent to their last known address 8708 62nd Avenue North, Brooklyn Park, Minnesota.

1

Dated: May 14, 2018            Respectfully Submitted,

                                              MADGETT LAW, LLC

                                              <u>s/ David J.S. Madgett</u>
                                              David J.S. Madgett (#0390494)
                                              619 South Tenth Street, Suite 301
                                              Minneapolis, MN 55404
                                              (612) 470-6529
                                              dmadgett@madgettlaw.com